KILPATRICK TOWNSEND & STOCKTON LLP
A. James Isbester (State Bar No. 129820)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576 0200
Facsimile:  (415) 576 0300
Email:  jisbester@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
Anne M. Rogaski  (State Bar No. 184754)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:  arogaski@kilpatricktownsend.com

Attorneys for Plaintiff, IRIDEX CORP.

**IT IS SO ORDERED**
Judge Edward J. Davila
10/6/2011

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIDEX CORP., a Delaware corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., ALCON RESEARCH LTD. (all Delaware corporations) and DOES 1-5, inclusive,<br><br>             Defendants. | Case No. CV11-02405 EJD (HRL)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**<br><br>**Complaint served:**  September 14, 2011<br>**Current response date:**  October 5, 2011<br>**New response date:**  October 28, 2011 |

It is hereby stipulated by and between Plaintiff, Iridex Corporation ("Iridex") and Defendants Alcon, Inc., Alcon Laboratories, Inc., and Alcon Research Ltd. ("Alcon") pursuant to Local Rule 6-1 that the time in which Alcon may answer or otherwise respond to the Complaint in the above-referenced proceeding shall be extended to and include October 28, 2011.

/ / /

/ / /

/ / /

/ / /



| | | |
|---|---|---|
| 1 | DATED: October 3, 2011 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By: /s/ Anne M. Rogaski |
| 5 | | A. JAMES ISBESTER<br>ANNE M. ROGASKI |
| 6 | | Attorneys for Plaintiff, IRIDEX CORP. |
| 7 | | |
| 8 | | |
| 9 | DATED: October 3, 2011 | |
| 10 | | By: [signature]<br>MATTHEW A. HAYENGA |
| 11 | | |
| 12 | | Attorney for Defendants,<br>ALCON, INC., ALCON LABORATORIES, INC.,<br>and ALCON RESEARCH LTD. |
| 13 | | |
| 14 | 63747889 v1 | |



STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 6-1) - CASE NO. CV11-02405 EJD (HRL)

- 2 -

1  Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest
2  under penalty of perjury that concurrence in the filing of this document has been obtained from
3  Matt Hayenga.

DATED:  October 3, 2011            Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/* Anne M. Rogaski
    A. JAMES ISBESTER
    ANNE M. ROGASKI

Attorneys for Plaintiff, IRIDEX CORP.

63747889 v1

