1  KILPATRICK TOWNSEND & STOCKTON LLP
   A. James Isbester (State Bar No. 129820)
2  Two Embarcadero Center, Eighth Floor
   San Francisco, CA  94111
3  Telephone:  (415) 576 0200
   Facsimile:  (415) 576 0300
4  Email:  jisbester@kilpatricktownsend.com

5  KILPATRICK TOWNSEND & STOCKTON LLP
   Anne M. Rogaski  (State Bar No. 184754)
6  1080 Marsh Road
   Menlo Park, CA  94025
7  Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422
8  Email:  arogaski@kilpatricktownsend.com

9  Attorneys for Plaintiff, IRIDEX CORP.

10

11 WILLIAMS & CONNOLLY LLP
   Thomas S. Fletcher (State Bar No. 262693)
   725 Twelfth Street, N.W.
12 Washington, D.C.  20005
   Telephone:  (202) 434-5000
13 Facsimile:  (202) 434-5029

14 Attorneys for Defendants ALCON, INC.,
   ALCON LABORATORIES, INC.,
15 ALCON RESEARCH, LTD.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IRIDEX CORP., a Delaware corporation, | Case No. CV11-02405 EJD (HRL) |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| ALCON, INC., ALCON LABORATORIES, INC., ALCON RESEARCH LTD. (all Delaware corporations) and DOES 1-5, inclusive, | |
| Defendants. | |

**WHEREAS**, Plaintiff IRIDEX Corp. ("IRIDEX") filed a Complaint for Patent Infringement ("Complaint") against Alcon, Inc., Alcon Laboratories, Inc., and Alcon Research



JOINT STIPULATION FOR DISMISSAL
CASE NO. CV11-02405 EJD (HRL)                                  - 1 -

Ltd. on May 17, 2011;

**WHEREAS**, Defendants Alcon Laboratories, Inc. and Alcon Research Ltd. filed an Answer to IRIDEX's Complaint on November 1, 2011;[1] and

**WHEREAS**, the parties have reached a settlement of this matter.

**IT IS HEREBY STIPULATED** by and between counsel for Plaintiff IRIDEX Corp. and Defendants Alcon Laboratories, Inc. and Alcon Research Ltd., pursuant to Fed. R. Civ. P. 41(a)(1), that this action be dismissed in its entirety with prejudice as to the claims raised by the Complaint arising prior to November 14, 2011, and without prejudice as to any claims arising after November 14, 2011, with each party to bear its own costs.

DATED:             KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Anne M. Rogaski*
     A. JAMES ISBESTER
     ANNE M. ROGASKI
     Attorneys for Plaintiff, IRIDEX CORP.

DATED:             WILLIAMS & CONNOLLY LLP

By: */s/ Thomas S. Fletcher*
     THOMAS S. FLETCHER
     Attorneys for Defendants ALCON, INC.,
     ALCON LABORATORIES, INC.,
     ALCON RESEARCH, LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

DATED: November 22, 2011             _____
                                                       THE HONORABLE EDWARD J. DAVILA

---

[1] As a result of its acquisition by Novartis AG in April 2011, Defendant Alcon, Inc. no longer exists.



JOINT STIPULATION FOR DISMISSAL
CASE NO. CV11-02405 EJD (HRL)                - 2 -

1  Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest
2  under penalty of perjury that concurrence in the filing of this document has been obtained from
3  Thomas S. Fletcher.

DATED:  November 18, 2011        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Anne M. Rogaski*
    A. JAMES ISBESTER
    ANNE M. ROGASKI

Attorneys for Plaintiff, IRIDEX CORP.



JOINT STIPULATION FOR DISMISSAL
CASE NO. CV11-02405 EJD (HRL)                                                                 - 3 -