KILPATRICK TOWNSEND & STOCKTON LLP
A. James Isbester (State Bar No. 129820)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576 0200
Facsimile:  (415) 576 0300
Email:  jisbester@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
Anne M. Rogaski  (State Bar No. 184754)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:  arogaski@kilpatricktownsend.com

Attorneys for Plaintiff, IRIDEX CORP.


WILLIAMS & CONNOLLY LLP
Thomas S. Fletcher (State Bar No. 262693)
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

Attorneys for Defendants ALCON, INC.,
ALCON LABORATORIES, INC.,
ALCON RESEARCH, LTD.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IRIDEX CORP., a Delaware corporation, | Case No. CV11-02405 EJD (HRL) |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| ALCON, INC., ALCON LABORATORIES, INC., ALCON RESEARCH LTD. (all Delaware corporations) and DOES 1-5, inclusive, | |
| Defendants. | |

**WHEREAS**, Plaintiff IRIDEX Corp. ("IRIDEX") filed a Complaint for Patent

Infringement ("Complaint") against Alcon, Inc., Alcon Laboratories, Inc., and Alcon Research



JOINT STIPULATION FOR DISMISSAL
CASE NO. CV11-02405 EJD (HRL)                                    - 1 -

1    Ltd. on May 17, 2011;

2           **WHEREAS**, Defendants Alcon Laboratories, Inc. and Alcon Research Ltd. filed an

3    Answer to IRIDEX's Complaint on November 1, 2011;[1] and

4           **WHEREAS**, the parties have reached a settlement of this matter.

5           **IT IS HEREBY STIPULATED** by and between counsel for Plaintiff IRIDEX Corp. and

6    Defendants Alcon Laboratories, Inc. and Alcon Research Ltd., pursuant to Fed. R. Civ. P.

7    41(a)(1), that this action be dismissed in its entirety with prejudice as to the claims raised by the

8    Complaint arising prior to November 14, 2011, and without prejudice as to any claims arising after

9    November 14, 2011, with each party to bear its own costs.

10

11   DATED:                              KILPATRICK TOWNSEND & STOCKTON LLP

12

13                                       By: */s/ Anne M. Rogaski*
                                             A. JAMES ISBESTER
14                                           ANNE M. ROGASKI
                                             Attorneys for Plaintiff, IRIDEX CORP.

15

16   DATED:                              WILLIAMS & CONNOLLY LLP

17

18                                       By: */s/ Thomas S. Fletcher*
                                             THOMAS S. FLETCHER
19                                           Attorneys for Defendants ALCON, INC.,
                                             ALCON LABORATORIES, INC.,
20                                           ALCON RESEARCH, LTD.

21

22          PURSUANT TO STIPULATION, IT IS SO ORDERED.

23     The Clerk shall close this file.

24   DATED:  November 22, 2011

25                                       THE HONORABLE EDWARD J. DAVILA

26   _____

27          [1] As a result of its acquisition by Novartis AG in April 2011, Defendant Alcon, Inc. no

28   longer exists.



JOINT STIPULATION FOR DISMISSAL
CASE NO. CV11-02405 EJD (HRL)                                                    - 2 -

1  Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest

2  under penalty of perjury that concurrence in the filing of this document has been obtained from

3  Thomas S. Fletcher.

4

5  DATED:  November 18, 2011            Respectfully submitted,

6                                       KILPATRICK TOWNSEND & STOCKTON LLP

7

8                                       By: */s/ Anne M. Rogaski*
                                          A. JAMES ISBESTER
                                          ANNE M. ROGASKI
9

10                                      Attorneys for Plaintiff, IRIDEX CORP.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



JOINT STIPULATION FOR DISMISSAL
CASE NO. CV11-02405 EJD (HRL)                                                    - 3 -